In the Matter of the Petition of KATE PALMER to Render and Settle Her Final Account as Administratrix, etc., of SARAH J. FIELD, Deceased.— Motion denied on condition that within five days appellant pay to each of

the attorneys for the respondents fifteen dollars, and have the case on appeal made, filed and served herein by June 5, 1920, and be ready to argue same on June 11, 1920, for which date the cause is especially set down; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ. [See post, p. 925.]